**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:19-CV-03703

MAURA SCHERRER, individually and on
behalf of all others similarly situated,

      Plaintiff,

          v.

FPT OPERATING COMPANY, LLC
D/B/A TALUS PAYMENTS, a Texas limited
liability company,

      Defendant.

---

## PLAINTIFF'S MOTION TO RESTRICT ACCESS

---

      Pursuant to D.C.COLO.LCivR. 7.2 and the Protective Order (Dkt. 49), Plaintiff

respectfully requests that this Court allow her to file under Level 1 restriction: her Opposition to

Defendant's Motion for Judgment on the Pleadings and Cross-Motion to Amend the Complaint

(to be filed as Dkt. 58); and the accompanying exhibits (the Proposed Amended Complaint and

redline).

      Plaintiff's brief, and the Proposed Amended Complaint, quote from documents that

Defendant Talus has designated "Confidential" under the Protective Order.

      Under the Protective Order, Defendant (the Designating Party) must file a motion to keep

these documents sealed.   Dkt. 49 at 10 ("Confidential Information and pleadings or briefs

quoting or discussing Confidential Information will not be accepted for filing 'under seal' or

otherwise kept out of the public record in this action, however, except by court order issued upon

motion of the Designating Party seeking to maintain the documents under seal.").

Plaintiff takes no position on whether this information should remain sealed.

May 14, 2021                                             Respectfully submitted,

                                                        *s/ Jonas Jacobson*

                                                        **DOVEL & LUNER, LLP**
                                                        Jonas Jacobson
                                                        jonas@dovel.com
                                                        201 Santa Monica Blvd., Suite 600
                                                        Santa Monica, CA 90401
                                                        Telephone: (310) 656-7066
                                                        Facsimile: (310) 656-7069

                                                        **KAUFMAN P.A.**
                                                        Avi R. Kaufman, Esq.
                                                        kaufman@kaufmanpa.com
                                                        400 NW 26th Street
                                                        Miami, FL 33127
                                                        Telephone: (305) 469-5881

                                                        **LAW OFFICES OF STEFAN
                                                        COLEMAN, P.A.**
                                                        Stefan Coleman
                                                        law@stefancoleman.com
                                                        201 S. Biscayne Blvd, 28th Floor
                                                        Miami, FL 33131
                                                        Telephone: (877) 333-9427
                                                        Facsimile: (888) 498-8946

                                                        *Attorneys for Plaintiff Maura Scherrer*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14h day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Jonas Jacobson*
Jonas Jacobson